UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

BILLY GENE STAGGS                                                                                    PLAINTIFF

V.                            Case No. 3:23-CV-00196-BRW-BBM

MARTIN O'MALLEY, Commissioner,
Social Security Administration                                                              DEFENDANT

## JUDGMENT

Consistent with today's Order, IT IS CONSIDERED, ORDERED, AND ADJUDGED that Judgment be entered for Plaintiff Billy Gene Staggs, reversing the decision of the Commissioner and remanding this case to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 14th day of May, 2024.

_____
UNITED STATES MAGISTRATE JUDGE